

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00265-CV

IN THE INTEREST OF A.S.-J., J.W., AND J.W., CHILDREN

§ On Appeal from 323rd District Court

§ of Tarrant County (323-104719-17)

§ September 20, 2018

§ Opinion by Justice Gabriel

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel